# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WEATHER FUSION, L.L.C., an Oklahoma limited liability company, ) ) ) | |
| Plaintiff, ) | |
| v. ) | Case No. CIV-12-765-C |
| ) | |
| WEATHER DECISION TECHNOLOGIES, INC., an Oklahoma corporation, ) ) ) ) | |
| Defendant. ) | |

## AGREED ORDER FOR PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE

Pursuant to the Joint Motion for Entry of Agreed Order for Permanent Injunction and Dismissal (Docket Number 48) and to Rules 41 and 65 of the Federal Rules of Civil Procedure and the stipulation of the parties, Weather Fusion, L.L.C. ("Plaintiff") and Weather Decision Technologies, Inc. ("Defendant"),

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant, its officers, agents, servants, employees, and all other persons in active concert or participation with Defendant, shall be and hereby are permanently enjoined and restrained from accessing, creating, or otherwise utilizing any user account on www.weatherfusion.com and www.livehailmap.com, and from obtaining information or maps through user accounts on such websites, either directly or through third parties.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction to enforce the permanent injunction.

**IT IS FINALLY ORDERED** that this action is otherwise dismissed with prejudice.

**IT IS SO ORDERED** this 20th day of September, 2013.

_____
ROBIN J. CAUTHRON
United States District Judge